| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | JAMES C. MANN (CABN 221603)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, CA 94612<br>Telephone: (510) 637-3680 |
| 7 | Fax: (510) 637-3724<br>E-Mail: James.C.Mann@usdoj.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00452 YGR |
| Plaintiff, | ) ) | STIPULATED REQUEST TO ADVANCE HEARING DATE TO AUGUST 30, 2012 |
| v. | ) ) | AND ORDER |
| | ) | Date: October 11, 2012 |
| QUINTIN PHILLIP HERSEY, | ) | Time: 2:00 p.m. |
| a/k/a Oliver Flynn Hershey, | ) | Court: Hon. Yvonne Gonzalez |
| a/k/a Oliver Hersey, | ) | Rogers |
| | ) | |
| Defendant. | ) | |
| | ) | |

The above-captioned matter is set on October 11, 2012 at 2:00 p.m. before this Court for a status hearing in connection with the pending Petition for Summons for Offender Under Supervision. The parties request that this matter be advanced to August 30, 2012 for a report on the status and a possible disposition.

DATED: August 23, 2012

_____/s/_____     _____/s/_____
JAMES C. MANN                  ELLEN V. LEONIDA
Assistant United States Attorney   Counsel for Quintin Phillip Hersey
Counsel for United States

STIP. REQ. TO ADVANCE HEARING DATE TO AUGUST 30, 2012
No. CR-09-00452 YGR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00452 YGR |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO ADVANCE HEARING DATE TO AUGUST 30, 2012 |
| v. | ) ) | |
| QUINTIN PHILLIP HERSEY, a/k/a Oliver Flynn Hershey, a/k/a Oliver Hersey, | ) ) ) ) | Date:    October 11, 2012<br>Time:    2:00 p.m.<br>Court:   Hon. Yvonne Gonzalez Rogers |
| Defendant. | ) ) ) | |

The above-captioned matter is set on October 11, 2012 at 2:00 p.m. before this Court for a status hearing in connection with the pending Petition for Summons for Offender Under Supervision. The parties request that this matter be advanced to August 30, 2012 for a report on the status and a possible disposition.

**IT IS HEREBY ORDERED** that the hearing in this matter is advanced from October 11, 2012 to August 30, 2012 at 2:00 p.m.

DATED: August 23, 2012

_____
HON. YVONNE GONZALEZ ROGERS
United States District Court Judge

STIP. REQ. TO ADVANCE HEARING DATE TO AUGUST 30, 2012
No. CR-09-00452 YGR