1  STEVEN G. KALAR
   Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
   Facsimile: (510) 637-3507
5  ellen_leonida@fd.org

6  Counsel for Defendant
   QUINTIN PHILLIP HERSEY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 09-00452 YGR |
| Plaintiff, | STIPULATION TO CONTINUANCE; [PROPOSED] ORDER |
| v. | |
| QUINTIN PHILLIP HERSEY, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the presently scheduled status conference regarding supervised release violation, currently set for October 25, 2012 at 2:00 p.m., before the Hon. Yvonne Gonzalez Rogers, be vacated and re-set for November 15, 2012 at 2:00 p.m.

This matter was put over to allow Mr. Hersey time to add himself to the lease at his cousin's apartment, where he intends to live. Mr. Hersey had to wait for a paycheck in order to pay the credit check fee the landlord requested. Mr. Hersey has received his paycheck and he has paid the fee to the landlord. He is still waiting for the landlord to approve his rental application, however.

Date: October 23, 2012                    /s/
                                          Ellen V. Leonida
                                          Assistant Federal Public Defender
                                          Counsel for defendant QUINTIN HERSEY

Date: October 23, 2012                    /s/
                                          JAMES C. MANN
                                          Assistant United States Attorney

ORDER

The court finds that the requested continuance is necessary. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to November 15, 2012 at 2:00 p.m., before the Honorable Yvonne Gonzalez Rogers.

IT IS SO ORDERED.

Date: October 23, 2012                    _____
                                          HON. YVONNE GONZALEZ ROGERS
                                          UNITED STATES DISTRICT JUDGE