MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: James.C.Mann@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-00452 -DLJ (YGR) |
| Plaintiff, | STIPULATED REQUEST TO MODIFY CONDITIONS OF QUINTIN PHILLIP HERSEY'S SUPERVISED RELEASE AND ORDER |
| v. | |
| QUINTIN PHILLIP HERSEY, a/k/a Oliver Flynn Hershey, a/k/a Oliver Hersey, | Date: November 15, 2012<br>Time: 2:00 p.m.<br>Court: Hon. Yvonne Gonzalez Rogers |
| Defendant. | |

In light of the Petition for Summons for Offender Under Supervision dated June 15, 2012, the parties agree that the conditions of Quintin Phillip Hersey's supervised release should be modified as follows:

    (1)    The offender shall complete a total of 96 hours of community service work, as directed by the probation officer, at a rate of not less than 16 hours per month.

    (2)    While employed, the offender shall make payments of not less than $20.00 per month toward his special assessment.

    (3)    If, in any given month, the offender does not comply with either (1) or

STIPULATED REQ. TO MODIFY CONDITIONS OF QUINTIN PHILLIP HERSEY'S SUPERVISED RELEASE
No. CR-09-00452 DLJ YGR

(2) above, the offender shall reside at a Residential Re-entry Center for a period of six months, as directed by the probation officer, and shall follow the rules of that facility.

DATED: November 15, 2012

_____/s/_____           _____/s/_____
JAMES C. MANN                          ELLEN V. LEONIDA
Assistant United States Attorney       Counsel for Quintin Phillip Hersey
Counsel for United States

STIPULATED REQ. TO MODIFY CONDITIONS OF QUINTIN PHILLIP HERSEY'S SUPERVISED RELEASE
No. CR-09-00452 DLJ YGR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00452 DLJ YGR |
| Plaintiff, | ) ) | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO MODIFY |
| v. | ) ) | CONDITIONS OF QUINTIN PHILLIP HERSEY'S SUPERVISED RELEASE |
| QUINTIN PHILLIP HERSEY, a/k/a Oliver Flynn Hershey, a/k/a Oliver Hersey, | ) ) ) | Date: November 15, 2012 Time: 2:00 p.m. Court: Hon. Yvonne Gonzalez |
| Defendant. | ) ) | Rogers |

Pursuant to the parties' agreement, and in light of the Petition for Summons for Offender Under Supervision dated June 15, 2012,

**IT IS HEREBY ORDERED** that, starting December 1, 2012, the conditions of Quintin Phillip Hersey's supervised release should be modified as follows:

(1) The offender shall complete a total of 96 hours of community service work, as directed by the probation officer, at a rate of not less than 16 hours per month.

(2) While employed, the offender shall make payments of not less than $20.00 per month toward his special assessment.

(3) If, in any given month, the offender does not comply with either (1) or

(2) above, the offender shall reside at a Residential Re-entry Center, for a period of six months, as directed by the probation officer, and shall follow the rules of that facility.

DATED: November 16, 2012

_____
HON. YVONNE GONZALEZ ROGERS
United States District Court Judge

STIPULATED REQ. TO MODIFY CONDITIONS OF QUINTIN PHILLIP HERSEY'S SUPERVISED RELEASE
No. CR-09-00452 DLJ  YGR